**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY LEE PICKETT,

        Plaintiff,

vs.                                              Case No. 3:06-cv-190-J-32TEM

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

---

**ORDER**

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint for failure to timely effect proper service (Doc. 12), to which plaintiff filed a Response in opposition (Doc. 13). At the undersigned's request, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 16), which recommends that the motion to dismiss be denied and that the undersigned grant an enlargement of time *nunc pro tunc* to December 18, 2006 for service to be perfected. No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 16), it is hereby

**ORDERED**:

    1.    The Report and Recommendation issued by the Magistrate Judge (Doc. 16) is **ADOPTED** in full as the opinion of the Court.

    2.    Defendant's Motion to Dismiss (Doc. 12) is **DENIED**.

3.   The Court grants plaintiff an enlargement of time *nunc pro tunc* to December 18, 2006 for service of process to be perfected.

4.   Plaintiff is advised that her counsel's dilatoriness has set this case far behind from the schedule it should be on based on the filing date.  Accordingly, any motions for continuances, particularly by plaintiff, are strongly discouraged.  Therefore, as soon as practicable, the Commissioner shall file an answer to the complaint and plaintiff shall be prepared to file her opening brief as soon thereafter as the Magistrate Judge orders.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of September, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record